IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 7:19-CR-60-FL |
| | : | |
| MELINDA LORRAINE HALL | : | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (**X**) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: **MELINDA LORRAINE HALL, ID# 1319748**

2. Detained by: **N.C. CORRECTIONAL INSTITUTION FOR WOMEN**
   **Phone no. 919-733-4340; Fax no. 919-715-2534 / 919-733-0772**

3. Detainee pled guilty in this district to conspiracy to possess counterfeit access devices and stolen mail.

4. Appearance is necessary on **Tuesday, May 21, 2018 at 8:00 a.m.** (x) **in the U.S. District Court, Raleigh, N.C.,** OR ( ) before the Federal Grand Jury in this district, for ( ) initial appearance ( ) detention hearing ( ) arraignment/plea ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or ( ) Rule 35 hearing.

*/s/ Bradford Knott*
BRADFORD KNOTT
Assistant United States Attorney
Office of U.S. Attorney
310 New Bern Avenue
Raleigh, NC 27601
Telephone no. 919-856-4530
Fax no. 919-856-4487
NC State Bar No. 45457

## WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum ( ) Ad Testificandum ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: _____, 2019	_____
United States Magistrate Judge