AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.

MELINDA LORRAINE HALL

WARRANT FOR ARREST

CRIMINAL CASE: 7:19-CR-00060-1FL(4)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**MELINDA LORRAINE HALL** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to Distribute and Possess With the Intent to Distribute Fifty (50) Grams or More of Methamphetamine

Count 2 - 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2: Possess With the Intent to Distribute a Quantity of a Mixture and Substance Containing a Detectable Amount of Methamphetamine; and Aiding and Abetting

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

April 4, 2019- RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 4/5/19 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 5/20/19 | T. Digiovanni, DEA | S. Janney USMS |

FILED

MAY 21 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK