UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
_ SOUTHERN     _ DIVISION
CASE NO.   7:19-cr-60-1FL

UNITED STATES OF AMERICA )
)
)
)
VS. )
)
)
Melinda Lorraine Hall )

## WAIVER OF DETENTION HEARING

I, Melinda Lorraine Hall, charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the complaint or indictment against me, any affidavit filed in connection with the complaint or indictment against me, and the right to be represented by counsel, all of which I fully understand and do waive my right to a detention hearing in this case.

Date: 6-5-19

_____
DEFENDANT

_____
DEFENSE COUNSEL

_____
UNITED STATES MAGISTRATE JUDGE